IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC, | § § § | |
| Plaintiff, | § § | Case No: 1:21-cv-01067-RLY-TAB |
| vs. | § § | PATENT CASE |
| FORMSTACK, LLC, | § § § | |
| Defendant. | § § § | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Digital Verification Systems, LLC ("Plaintiff" or "DVS") files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Formstack, LLC with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: August 13, 2021.                                        Respectfully submitted,

>  */s/Francis R Niper*
>  **Francis R. Niper**
>  **The Law Office of Francis R. Niper**
>  120 E Market St., Ste 1219
>  Indianapolis, IN 46204
>
>  **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on August 13, 2021.  Parties may access the foregoing through the Court's system.

>  */s/Francis R Niper*
>  **Francis R. Niper**